UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID MENDEZ, | No. CV 17-9049-DMG (FFM) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| E. DUCART, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied on the merits with prejudice.

DATED: December 28, 2018

　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　United States District Judge